# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| **Tamara Jane Pullin** | Case Number: 6:11-bk-08839-CCJ <br> Chapter 13 |
| **Debtor** | |

## Report of Unclaimed Funds

COMES NOW, Laurie K. Weatherford, Trustee, and respectfully shows that, pursuant to orders dismissing cases, orders of conversion, and orders of distribution, as shown below, she has made distribution of all monies received. All checks have cleared with the exception of the following:

| Check Nbr. | Amount | Claimant Name & Address |
|---|---|---|
| 1509426 | $2,455.25 | Ucf Federal Credit Uni, 12253 Challenger Pkwy, Orlando, FL  32826 |

1. That the distribution mailed to the above-listed claimants at the address listed above has either been returned by the United States Postal Service marked "Forwarding Time Expired/Unable to Forward" or the Trustee has stopped payment on all outstanding checks.

2. Those checks which were undeliverable by the United States Postal Service are in the Trustee's files.

3. Pursuant to the provisions of 11 U.S.C., Section 347, these funds are now being turned over to the Court.

4. That the Trustee has attached hereto funds totaling $2,455.25 for this case, which is payable to Clerk, U.S. Bankruptcy Court/Court Registry.

5. That the Claimant which is entitled to these funds is listed above at their address as listed in the Court's records.

6. A copy of this notice and the original check has been sent to the U.S. Bankruptcy Court, c/o Financial Administrator, 801 North Florida Ave., Suite 727, Tampa, FL 33602-3899.

Respectfully submitted on this 19th day of July, 2016.

> **/S/ Laurie K. Weatherford**
> Chapter 13 Trustee
> Stuart Ferderer
> FL Bar No. 0746967
> Wayne Spivak
> FL Bar No. 38191
> Attorneys for Trustee
> PO Box 3450
> Winter Park, FL  32790
> Telephone: 407-648-8841
> Facsimile: 407-648-2665
> E-mail: info@c13orl.com